UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-                                              CASE NO. 6:09-CR-213-ORL-35KRS

**CLEMENTE JUAN-JUAN**
_____

### ORDER

This case, having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 44, filed 11/23/2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 44) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant **Clemente Juan-Juan** has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 15th day of December 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services